BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 2:12-mj-00306 DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | PRELIMINARY HEARING AND |
| | ) | EXCLUDING TIME |
| BROOKE BRUNING, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Brooke BRUNING, by and through his counsel Tim Pori, Esq., that good cause exists to extend the preliminary hearing currently set for January 25, 2013, at 2:00 p.m. to February 28, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

     Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendant has been provided initial discovery, including surveillance evidence from the drug purchases alleged in the Criminal Complaint.  In addition, the defendant was released to the Effort for 90 days and is currently in treatment and hoping to complete it successfully.  The parties

1

1  believe any unnecessary court appearances should be avoided in order
2  to permit the defendant to gain the full advantage of drug treatment
3  and avoid disruption of her treatment.  Moreover, the parties have
4  engaged in initial discussions about a possible pre-indictment
5  resolution that would consolidate the current Criminal Complaint.  A
6  pre-indictment resolution could benefit the defendant by
7  significantly reducing her possible sentencing exposure in this
8  case.  For these reasons, the defendant agrees that a continuance of
9  the preliminary hearing date will not prejudice her.
10     The parties further stipulate that the ends of justice are
11 served by the Court excluding time from January 25, 2013, to
12 February 28, 2012, so that counsel for the defendant may have
13 reasonable time necessary for effective preparation, taking into
14 account the exercise of due diligence.  18 U.S.C.
15 § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs
16 additional time to review the discovery and engage in discussions
17 with the government regarding resolution of the case against this
18 defendant, effectively evaluate the posture of the case, and conduct
19 further investigation into mitigation of the defendant's federal
20 sentencing exposure in this case and the forthcoming petition for
21 violations of supervised release.  Id.  For these reasons, the
22 defendant, defense counsel, and the government stipulate and agree
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

1 that the ends of justice outweigh the best interest of the public
2 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A);
3 Local Code T4.
4
5 DATED: January 25, 2013           /s/Jason Hitt
                                    JASON HITT
6                                   Assistant U.S. Attorney

7 DATED: January 25, 2013           /s/Jason Hitt for Mr. Pori
                                    TIM PORI, ESQ.
8                                   Counsel for defendant
                                    Brooke BRUNING
9                                   Authorized to sign for Mr.
                                    Beevers on 01-25-13
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Bruning</u>, Case No. 2:12-mj-00306 DAD, from January 25, 2013, to February 28, 2013, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney, pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from January 25, 2013, up to and including February 28, 2013.

**IT IS SO ORDERED.**

DATED: January 25, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
bruning0306.stipord.cont.prelim.wpd