AMBER LUNSFORD, CSB No. 276908
LOREN L. LUNSFORD, CSB No. 213966
**LUNSFORD LEGAL GROUP**
980 Ninth Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 692-8621


Attorney for Defendant BROOKE BRUNING


### UNITED STATES DISTRICT COURT


### EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. 2:13-cr-00291 MCE |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND |
| | ) | ORDER CONTINUING |
| | ) | STATUS CONFERENCE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| BROOKE BRUNING, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


**STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, and defendant
BROOK BRUNING, by and through her counsel of record, hereby stipulate as follows:

1)        By previous order, this matter was set for status on March 14, 2014 at 9:00 a.m.

2)        By this stipulation, defendant now moves to continue the status conference until April 24,
2014 at 9:00 a.m. and to exclude time between March 14, 2014, and April 24, 2014, under Local
Code T4.  Plaintiff does not oppose this request.

1

3)      The parties agree and stipulate, and request that the Court find the following:

a)      Defendant Brook Bruning recently substituted Amber Lunsford and the Lunsford Legal Group as counsel in this matter.

b)      Counsel for Ms. Bruning desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, and to review discovery for this matter.

c)      Counsel for Ms. Bruning believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The Government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2013, and December 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4)      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 12, 2014                    Respectfully submitted,

                                         LUNSFORD LEGAL GROUP


                                         /s/ Amber H. Lunsford_____
                                         AMBER H. LUNSFORD
                                         Attorneys for Defendant BRUNING


Date: March 12, 2014                      /s/ Jason Hitt__  (Authorized 03/11/2014)
                                         JASON HITT
                                         Assistant United States Attorney



**ORDER**



        IT IS SO FOUND AND ORDERED.

Dated:  March 17, 2014


                                         _____
                                         MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT

3