AMBER LUNSFORD, CSB No. 276908
LOREN L. LUNSFORD, CSB No. 213966
**LUNSFORD LEGAL GROUP**
980 Ninth Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 692-8621

Attorney for Defendant BROOKE BRUNING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROOKE BRUNING, )<br>)<br>Defendant. )<br>_____ ) | Case. No. 2:13-cr-00291 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING<br>STATUS CONFERENCE AND<br>EXCLUDING TIME |

**STIPULATION**

     Plaintiff United States of America, by and through its counsel of record, and defendant BROOK BRUNING, by and through her counsel of record, hereby stipulate as follows:

1)    By previous order, this matter was set for status on June 26, 2014 at 9:00 a.m.

2)    By this stipulation, defendant now moves to continue the status conference until August 14, 2014 at 9:00 a.m. and to exclude time between June 26, 2014, and August 14, 2014, under Local Code T4.  Plaintiff does not oppose this request.

///

3)      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for Ms. Bruning is currently negotiating a resolution for this matter with Counsel for the United States and requests more time.

b)      Counsel for Ms. Bruning desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, and to review discovery for this matter.

c)      Counsel for Ms. Bruning believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The Government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2013, and December 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///

///

///

///

4)      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 24, 2014                         Respectfully submitted,

                                             LUNSFORD LEGAL GROUP


                                             /s/ Amber H. Lunsford_____
                                             AMBER H. LUNSFORD
                                             Attorneys for Defendant BRUNING


Date: June 24, 2014                          /s/ Jason Hitt_____
                                             JASON HITT
                                             Assistant United States Attorney


                                             ORDER

        IT IS SO ORDERED.

Dated:  June 30, 2014


                                             _____
                                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                             UNITED STATES DISTRICT COURT