LOREN L. LUNSFORD, ESQ. (#213966)
AMBER H. LUNSFORD, ESQ. (#276908)
**LUNSFORD LEGAL GROUP**
980 Ninth Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 692-8621

Attorneys for Defendant
BROOKE BRUNING

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00291 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE SENTENCING DATE** |
| | ) | |
| BROOKE BRUNING, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant BROOKE BRUNING, by and through her counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for sentencing on December 17, 2015 at 9:00 a.m.

2.   By this stipulation, defendant now moves to continue the sentencing date until March 10, 2016 at 9:00 a.m.  Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find the following:

Lunsford Legal Group

a.     On September 17, 2015, Ms. Bruning plead guilty to Conspiracy to Distribute and Possess with Intent to Distribute LSD and DMT in violation of 21 U.S.C. §§ 846 and 841(a)(1).

b.     Ms. Bruning is a single mother of a 23-month old daughter who has Erb's Palsy, a paralysis of the arm caused by injury to the upper arm's main nerves.   Because of her condition, Ms. Bruning's daughter requires multiple surgeries.   Her first surgery occurred when she was six months old.   Ms. Bruning's daughter is scheduled to undergo a second surgery on December 23, 2015.   Following the surgery, Ms. Bruning's daughter will be in a spica cast for 30-days and will require several days of out patient physical therapy.

c.     Counsel for Ms. Bruning desires additional time to allow Ms. Bruning to focus on her daughter's upcoming surgery and to allow counsel to prepare a sentencing memorandum.

d.     Counsel for Ms. Bruning believes that good cause exists for a continuance.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

STIPULATION AND ORDER TO CONTINUE

e.      The Government does not object to the continuance.  The time for filing a sentencing memorandum or motion, or any response thereto, in accordance with this Court's Minute Order dated September 17, 2015, shall be based on the new hearing date.

IT IS SO STIPULATED.

DATED: December 14, 2015                    Respectfully submitted,

                                            LUNSFORD LEGAL GROUP


                                            /s/ Loren L. Lunsford
                                            LOREN L. LUNSFORD
                                            Attorneys for Defendant BRUNING


Date: December 14, 2015                     /s/ Jason Hitt
                                            JASON HITT
                                            Assistant United States Attorney



                                            ORDER



        IT IS SO ORDERED.

Dated:  December 14, 2015


                                            _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT

Lunsford Legal Group