IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BROOKE BRUNING,<br><br>　　　　　　Defendant. | CASE NO. 2:13-CR-0291 MCE<br><br>ORDER SEALING GOVERNMENT'S 5K SENTENCING MOTION AND REQUEST TO SEAL |

　　　Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's two-page sentencing motion pursuant to U.S.S.G. § 5K1.1 on behalf of defendant Brooke BRUNING and the Government's Request to Seal shall be SEALED until further order of this Court.

　　　IT IS SO ORDERED.

Dated:  March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT