IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BROOKE BRUNING,<br><br>　　　　　　　Defendant. | CASE NO. 2:13-CR-0291 MCE<br><br>ORDER SEALING GOVERNMENT'S 5K SENTENCING MOTION AND REQUEST TO SEAL |

　　　The United States has submitted a request to seal its motion pursuant to U.S.S.G. 5k1.1 as to Defendant Brooke Bruning.  The notice of request to seal was entered on the public docket, and no opposition has been filed.  The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990), and specifically finds that, for the reasons stated in the Government's request, sealing the Government's motion pursuant to U.S.S.G 5k1.1 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed.  Moreover, the Court finds that there are no additional alternatives to sealing the government's motion pursuant to U.S.S.G 5k1.1 that would adequately protect the compelling interests identified by the government.

///

///

Accordingly, pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, it is hereby ordered that the government's three-page sentencing motion pursuant to U.S.S.G. § 5K1.1 on behalf of defendant Brooke Bruning and the Government's Request to Seal shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated: March 15, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT