1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Attorney
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   rachelle.barbour@fd.org
5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,        )  Case No.  2:13-CR-00291-MCE
                                     )
10      Plaintiff,                   )  APPLICATION FOR AND [proposed] ORDER
                                     )  APPOINTING COUNSEL
11  vs.                              )
                                     )
12  BROOK BRUNING,                   )
                                     )
13      Defendant.                   )
                                     )
14  _____  )

15

16      BROOK BRUNING, through the Federal Defender for the Eastern District of California,

17  hereby requests appointment of the Office of the Federal Defender, through Attorney

18  RACHELLE BARBOUR, to represent her in this case.

19      Ms. Bruning has requested that counsel be appointed to represent her in requesting early

20  termination of her supervision.  The matter was referred to the Federal Defender's Office to help

21  Ms. Bruning with the matter.  The Federal Defender's Office has reviewed Ms. Bruning's

22  financial affidavit, and she does qualify for appointed counsel.  The Federal Defender's Office

23  respectfully requests appointment to represent Ms. Bruning.

24  DATED: March 28, 2017                    Respectfully submitted,

25                                           HEATHER E. WILLIAMS
                                             Federal Defender

26                                           /s/ Rachelle Barbour
                                             RACHELLE BARBOUR
27                                           Attorney

28

1

2    Having satisfied the Court that she is unable to employ counsel, the court hereby appoints

3    the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

4    DATED:  March 29, 2017.

5

6            EDMUND F. BRENNAN
             UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28